## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KEVIN R. FRAZER,**<br><br>**Defendant.** | PO-26-5041-GF-JTJ<br><br>**VIOLATION:**<br>**9244191**<br>**Location Code: M23F**<br><br> ORDER |

Based upon the United States' motion to dismiss violation 9244191 and for good cause shown,

**IT IS ORDERED** that violation 9244191 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for March 26, 2026, is **VACATED.**

DATED this 16th day of March 2026.

John Johnston
United States Magistrate Judge